| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Gomez (State Bar No. 251571)<br>mgomez@frandzel.com<br>Gerrick M. Warrington (State Bar No. 294890)<br>gwarrington@frandzel.com<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA  90017<br>(323) 852-1000<br>(323) 651-2577<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant, Preferred Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Tesoro Redlands DE, LLC<br><br><br><br><br><br><br><br>Alleged Debtor(s). | CASE NO.: 8:25-bk-12319-SC<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: Preferred Bank's Motion for Relief from Automatic Stay

    b. Date of filing of motion: 8/27/2025

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Movant Preferred Bank ("Movant") seeks an order terminating the automatic stay to permit it to proceed with its available nonbankruptcy rights and remedies, including nonjudicial foreclosure.

5684959v1 | 050625-0783 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                     Page 1                                         **F 9075-1.1.APP.SHORT.NOTICE**

    b.   Identify the parties affected by the relief requested in the motion:

        Alleged Debtor; Petitioning Creditors; U.S. Trustee; other lienholders on the Property and the top-20 unsecured creditors

    c.   State the reasons necessitating a hearing on shortened time:

        The Alleged Debtor, Tesoro Redlands DE, LLC ("Alleged Debtor") is holding over $1 million in Movant's rents. Meanwhile, the Petitioning Creditors, which include the Alleged Debtor's own property manager and other entities with connections to the Alleged Debtor, have ignored Movant's demand for an accounting and sequestration of such rents. Movant seeks a hearing on shortened notice to prevent dissipation of rents.

        **Movant seeks a hearing as early as Tuesday, September 9, 2025, or as the Court's calendar permits.**

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: September 2, 2025

FRANDZEL ROBINS BLOOM & CSATO, L.C.
Printed name of law firm

/s/ Michael J. Gomez
Signature of individual Movant or attorney for Movant

Michael J. Gomez, Attorney for Movant
Printed name of individual Movant or attorney for Movant

5684959v1 | 050625-0783 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]; DECLARATION OF MICHAEL J. GOMEZ IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 2, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com,autodocket@frandzel.com
- Kristin T Mihelic    kristin.t.mihelic@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 2, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 2, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Next Day Delivery of Judge Copy with NEF attached as Last Page:**
Hon. Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | David T. Moore | /s/ David T. Moore |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY U.S. MAIL FIRST CLASS:**

**Alleged Debtor:**

Tesoro Redlands DE, LLC
Attn: Officer, Manager, or Agent
520 Newport Center Drive, Ste 480
Newport Beach, CA 92660

**Petitioning Creditor:**

Kotzeff Construction
Attn: Officer, Manager, or Agent
5062 Vallecito Avenue
Westminster, CA 92683

**Petitioning Creditor**:

Coastline Santa Monica Investments, LLC
Attn: Officer, Manager, or Agent
520 Newport Center Dr., #480
Newport Beach, CA 92660

**Petitioning Creditor**:

Vierengruppe Management Inc.
Attn: Officer, Manager, or Agent
1932 E. Deere Ave, Ste 150
Santa Ana, CA 92705

**Counsel to Petitioning Creditors:**

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929

**United States Trustee:**

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

**Trial Counsel to U.S. Trustee:**

Kristin T Mihelic
Office of the US Trustee
411 W Fourth St Ste 7160
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE