Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, Preferred Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-12319-SC |
| TESORO REDLANDS DE, LLC, | Chapter 11 |
| Alleged Debtor. | Adversary Proceeding No. |
| PREFERRED BANK, a California banking corporation, | **COMPLAINT FOR:** |
| Plaintiff, | **1. Declaratory Relief;**<br>**2. Injunctive Relief; and** |
| v. | **3. Damages for Willful Violations of the Automatic Stay.** |
| MOHAMMAD HONARKAR, an individual; 4G WIRELESS, INC., a California corporation, | Hon. Scott C. Clarkson |
| Defendants. | |

5715622v3 | 050625-0783

COMPLAINT

1    Plaintiff Preferred Bank ("Plaintiff" or "Preferred") files this complaint ("Complaint") for

2   an injunction, declaratory relief, and damages against Defendants Mohammad Honarkar

3   ("Honarkar") and 4G Wireless, Inc. ("4G" and together with Honarkar, "Defendants") for

4   violations of the automatic stay in the involuntary bankruptcy case of the alleged debtor, Tesoro

5   Redlands DE, LLC ("Tesoro"), and, in support, alleges as follows:

6                                    **JURISDICTION AND VENUE**

7    1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

8   §§ 157 and 1334(b). This adversary proceeding is a core proceeding pursuant to 28 U.S.C.

9   § 157(b)(2).

10    2.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

11    3.    This adversary proceeding is commenced pursuant to Fed. R. Bankr. P. 7001 and

12   7065; 11 U.S.C. §§ 105(a) and 362 (the "Bankruptcy Code"); and 28 U.S.C. §§ 2201 and 2202.

13                                           **PARTIES**

14    4.    At all times mentioned herein, Preferred is a banking corporation organized and

15   existing under the laws of the state of California, with a principal place of business in Los

16   Angeles, California.

17    5.    Plaintiff is informed and believes, and thereon alleges, that Honarkar is an

18   individual residing in the City of Newport, County of Orange.

19    6.    Plaintiff is informed and believes, and thereon alleges, that 4G is a corporation

20   organized and existing under the laws of the state of California, with a principal place of business

21   in the City of Newport, County of Orange.

22                                          **THE LOAN**

23    7.    On or about February 24, 2022, Preferred made a $39,000,000.00 loan to Tesoro

24   ("Loan"), evidenced by a Loan and Security Agreement with Tesoro, which Tesoro signed and

25   delivered to Preferred ("Loan Agreement").

26    8.    In accordance with the terms of the Loan Agreement, on or about February 24,

27   2022, Tesoro executed and delivered to Preferred a Promissory Note ("Note") in the original

28   principal amount of $39,000,000.00.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

9.    As security for the Note, on February 24, 2022, Tesoro executed and delivered to Preferred that certain Deed of Trust, Assignment of Rents, Security Agreement, and Fixture Filing ("Deed of Trust") granting Preferred a security interest in all of Tesoro's rights, title, and interest in the real property commonly known as 106 West Pennsylvania Avenue, Redlands, CA 92374-2249 and legally described in the Deed of Trust ("Property").

10.    Preferred perfected its interest in the Property by, among other things, recording the Deed of Trust on February 28, 2022, as Instrument Number 2022-0077762 with the County Recorder for San Bernardino County.

11.    On or about February 24, 2022, Tesoro executed and delivered to Preferred an Absolute Assignment of Leases, Lease Guaranties, Rents, Issues and Profits ("Assignment of Rents" and collectively with the Loan Agreement, Note, Deed of Trust, and other documents executed in connection with the Loan, the "Loan Documents"), recorded on February 28, 2022, as Instrument Number 2022-0077763 with the County Recorder for San Bernardino County.

## THE BANKRUPTCY PROCEEDINGS

12.    In 2024, Tesoro defaulted on the Loan by, among other things, failing to make the monthly payments due to Preferred under the Loan Documents. Accordingly, Preferred commenced nonjudicial foreclosure proceedings.

13.    On March 10, 2025, prior to Preferred's scheduled foreclosure against the Property, Tesoro filed a voluntary chapter 11 petition in the United States Bankruptcy Court for the District of Delaware. Some affiliates of Tesoro filed on or about that date, including as early as February 28, 2025.

14.    That filing commenced several chapter 11 bankruptcy cases, all of which were eventually jointly administered under the lead case of MOM CA Investco LLC, et al., case number 25-10321-BLS ("MOM CA Cases"). Included in those jointly-administered MOM CA Cases was Tesoro's bankruptcy case, assigned case number 25-10442-BLS (the "Delaware Case").

15.    On August 18, 2025,  the Delaware Bankruptcy Court entered an order dismissing the MOM CA Cases, including the Delaware Case.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

16.     On August 21, 2025 ("Petition Date"), Petitioning Creditors Kotzeff Construction ("Kotzeff"), Coastline Santa Monica Investments, LLC ("Coastline"), and Vierengruppe Management Inc. ("Vierengruppe" and collectively, the "Petitioning Creditors") filed an involuntary chapter 11 bankruptcy petition against Tesoro in the United States Bankruptcy Court for the Central District of California, commencing the instant bankruptcy case (the "California Case"). A true and correct copy of the Involuntary Petition for Relief for the California Case is attached hereto as **Exhibit 1.**

17.     On September 11, 2025, the bankruptcy court in the California Case entered an order granting Preferred's motion for relief from the automatic stay ("RFS Motion") (Dkt. 6). Counsel for Honarkar and 4G attended the hearing on the RFS Motion.

18.     On September 15, 2025, Preferred completed a nonjudicial foreclosure on the Property and was the successful bidder. A true and correct copy of the Trustee's Deed Upon Sale, recorded on September 16, 2025, as Instrument Number 2025-0222999 with the County Recorder for San Bernardino County is attached hereto as **Exhibit 3.**

## ATTEMPTS AND/OR LITIGATION TO CONTROL ESTATE PROPERTY AND DEFENDANTS' ONGOING KNOWLEDGE OF THE CALIFORNIA CASE

19.     After the California Case had been filed, on August 21, 2025, Honarkar and 4G recorded a Notice of Pendency of Action (the "Lis Pendens") against the Property assigned as Instrument Number 2025-0199109 with the County Recorder for San Bernardino County, which they associated with their case in the Superior Court of the State of California, County of Orange, case number 30-2023-01323759-CU-OR-CJC ("State Court Action"). A true and correct copy of the Lis Pendens is attached as **Exhibit 2.**

20.     Upon the filing of the California Case, an automatic stay arose by operation of law. Such stay enjoins all entities from, among other things: (a) "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title" 11 U.S.C. § 362(a)(1); (b) "any act to obtain

1  possession of property of the estate or of property from the estate or to exercise control over

2  property of the estate." 11 U.S.C. § 362(a)(3); (c) "any act to create, perfect, or enforce any lien

3  against property of the estate" 11 U.S.C. § 362(a)(4); (d) "any act to create, perfect, or enforce

4  against property of the debtor any lien to the extent that such lien secures a claim that arose before

5  the commencement of the case under this title" 11 U.S.C. § 362(a)(5); and (e) "any act to collect,

6  assess, or recover a claim against the debtor that arose before the commencement of the case under

7  this title." 11 U.S.C. § 362(a)(6).

8       21.    Honarkar and 4G were aware of the California Case earlier than September 11,

9  2025, when counsel for Honarkar and 4G was present for the hearing on the RFS Motion.

10       22.    At no time did Honarkar or 4G advise the Court of the Lis Pendens or seek relief

11  from the automatic stay for recording the Lis Pendens.

12  **FIRST CLAIM FOR RELIEF**

13  **(Declaratory Relief for Violation**

14  **of the Automatic Stay)**

15       23.    Preferred hereby realleges and incorporates each of the above paragraphs as though

16  fully set forth herein.

17       24.    This is a claim for declaratory relief under 28 U.S.C. §§ 2201 et seq.

18       25.    Pursuant to 28 U.S.C. § 2201, this Court "may declare the rights and other legal

19  relations of any interested party seeking such declaration, whether or not further relief is or could

20  be sought." In addition, pursuant to 28 U.S.C. § 2202, this Court may grant "further necessary or

21  proper relief based on a declaratory judgment or decree."

22       26.    An actual case or controversy exists between Defendants and Preferred. The parties

23  are in need of a judicial determination concerning their rights and legal obligations with respect to

24  one another.

25       27.    This lawsuit is judicially economical because it will decide issues that are critical to

26  resolving the parties' rights and obligations.

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## Count 1

### Honarkar and 4G Violated 11 U.S.C. § 362(a)(1)

28.     Section 362(a)(1) of the Bankruptcy Code prohibits "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

29.     Honarkar and 4G's recordation of the Lis Pendens occurred after the California Case had been commenced and Plaintiff is informed and believes, and thereon alleges, that the recordation constituted the commencement or the continuation of an action against Tesoro or Tesoro's Property, or to recover a claim against them that arose prior to the Petition Date, in violation of § 362(a)(1).

## Count 2

### Honarkar and 4G Violated 11 U.S.C. § 362(a)(3)

30.     Section 362(a)(3) of the Bankruptcy Code prohibits "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(3). Property of the bankruptcy estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1).

31.     Upon the commencement of the California Case, the Property was owned by Tesoro and, therefore, became "property of the estate" under 11 U.S.C. § 541(a)(1).

32.     Honarkar and 4G's recordation of the Lis Pendens occurred after the California Case had been commenced and Plaintiff is informed and believes, and thereon alleges, it constituted an act to obtain possession and/or to exercise control over the Property in violation of § 362(a)(3).

## Count 3

### Honarkar and 4G  Violated 11 U.S.C. § 362(a)(4)

33.     Section 362(a)(3) of the Bankruptcy Code prohibits "any act to create, perfect, or enforce any lien against property of the estate." 11 U.S.C. § 362(a)(4). A "lien" is defined as

1  "charge against or interest in property to secure payment of a debt or performance of an

2  obligation."

3       34.    Upon the commencement of the California Case, the Property was owned by

4  Tesoro and, therefore, became "property of the estate" under 11 U.S.C. § 541(a)(1).

5       35.    Plaintiff is informed and believes, and thereon alleges, Honarkar and 4G's

6  recordation of the Lis Pendens after the California Case had been commenced constituted the

7  perfection of a lien against the Property in violation of § 362(a)(4).

8                                    **Count 4**

9                  **Honarkar and 4G Violated 11 U.S.C. § 362(a)(5)**

10      36.    Section 362(a)(5) of the Bankruptcy Code prohibits "any act to create, perfect, or

11  enforce against property of the debtor any lien to the extent that such lien secures a claim that

12  arose before the commencement of the case under this title" 11 U.S.C. § 362(a)(5).

13      37.    Upon the commencement of the California Case, the Property was owned by

14  Tesoro and, therefore, was "property of the debtor."

15      38.    Plaintiff is informed and believes, and thereon alleges, Honarkar and 4G's

16  recordation of the Lis Pendens after the California Case had been commenced constituted the

17  perfection of a lien against the Property in violation of § 362(a)(5).

18                                   **Count 5**

19                 **Honarkar and 4G Violated 11 U.S.C. § 362(a)(6)**

20      39.    Section 362(a)(6) of the Bankruptcy Code prohibits "any act to collect, assess, or

21  recover a claim against the debtor that arose before the commencement of the case under this

22  title." 11 U.S.C. § 362(a)(6).

23      40.    Plaintiff is informed and believes, and thereon alleges, Honarkar and 4G's

24  recordation of the Lis Pendens after the California Case had been commenced constituted an act to

25  collect, assess, or recover a prepetition claim against Tesoro or Tesoro's property in violation of

26  § 362(a)(6).

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017–2427
(323) 852–1000

**All Counts**

41.     The automatic stay is designed to protect, among others, creditors of the debtor's bankruptcy estate. Preferred was, at the time of the recordation of the Lis Pendens, a creditor of Tesoro's bankruptcy estate. Therefore, Tesoro's automatic stay was supposed to protect and apply to Preferred, as a creditor of the estate as well as others.

42.     The recording of the Lis Pendens occurred after the California Case was commenced.

43.     Plaintiff is informed and believes, and thereon alleges, that Honarkar and 4G have not withdrawn the Lis Pendens and continue to violate the stay by keeping it in place.

44.     Absent an order of this Court, Honarkar and 4G will likely continue to violate the automatic stay.

45.     Accordingly, Preferred seeks a declaration that such (a) acts described in each Count listed above, and (b) Honarkar and 4G's failure and refusal to remedy such acts, violated and continues to violate the automatic stay and that each such act is void, ab initio.

## SECOND CLAIM FOR RELIEF

### (Injunctive Relief Against Honarkar and 4G)

46.     Preferred hereby realleges and incorporates each of the above paragraphs as though fully set forth herein.

47.     Under § 105(a), this court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

48.     The Lis Pendens is void ab initio because it violated the automatic stay.

49.     As a direct and proximate result of Honarkar and 4G's actions in the Counts listed above, Preferred has suffered, and continued to suffer, significant harm, including, but not limited to, the inability to resell the real-estate-owned Property, the depression in the market value of the Property, the cloud on title to the Property, the loss of economic interests in the Property, the opportunity costs associated therewith, and the accumulation of legal costs and fees (including attorney's fees and expenses) incurred by the enforcement and protection of its rights.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

50.     Accordingly, Preferred seeks a temporary restraining order and permanent injunction against Honarkar and 4G, compelling them to withdraw the Lis Pendens and preventing them from continuing to violate the automatic stay by prosecuting and continuing to maintain the State Court Action against Tesoro.

## THIRD CLAIM FOR RELIEF

### (Judgment for Damages Against Honarkar and 4G

### for Willful Violations of Automatic Stay)

51.     Preferred hereby realleges and incorporates each of the above paragraphs as though fully set forth herein

52.     Honarkar and 4G were aware of the automatic stay as late as the September 11, 2025, hearing on the RFS Motion.

53.     Despite their actual knowledge of the stay, they have failed and refused to withdraw the Lis Pendens. Instead, Plaintiff is informed and believes, and thereon alleges, they have continued to violate the stay by maintaining the Lis Pendens and pursuing activities in the State Court Action to preserve the Lis Pendens. Such failures and refusals constitute willful, continuing violations of the automatic stay. Such violations have caused Preferred to suffer harm. Such violations are a substantial factor in Preferred suffering harm. Such harm includes, but is not limited to, compensatory damages in an amount according to proof at trial and sanctions.

**WHEREFORE,** Preferred prays for judgment against Honarkar and 4G as follows:

**On the First Claim for Relief:**

54.     A declaratory judgment that (a) Defendants violated the stay by recording the Lis Pendens and not withdrawing it after their knowledge of the California Case, and (b) that the Lis Pendens is void ab initio.

**On the Second Claim for Relief:**

55.     A temporary restraining order and permanent injunction compelling Defendants to withdraw the Lis Pendens and preventing them from continuing to violate the automatic stay by prosecuting and continuing to maintain the State Court Action against Tesoro.

1

**On the Third Claim for Relief:**

2      56.    A money judgment against Defendants in an amount subject to proof at trial, but

3  not less than $10,000.

4      **On all Claims for Relief:**

5      57.    For costs of suit incurred herein;

6      58.    For sanctions in an amount according to proof; and

7      59.    For such further relief as the Court deems just and proper.

8  DATED:  October 7, 2025            FRANDZEL ROBINS BLOOM & CSATO, L.C.

9

10

                                     By:   /s/ Michael J. Gomez
11                                         MICHAEL J. GOMEZ
                                           Attorneys for Plaintiff, Preferred Bank
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# EXHIBIT 1

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
              (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☐ Chapter 7
☑ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Tesoro Redlands DE, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

82-1322764
EIN  __ __ – __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

520    Newport Center Drive
Number    Street

Suite 480

Newport Beach    CA    92660
City            State    ZIP Code

Orange County
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
_____

_____
City            State    ZIP Code

| Debtor | **Tesoro Redlands DE, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | <small>Name</small> | | |

| 6. | Debtor's website (URL) | |
|---|---|---|

| 7. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | Type of debtor's business | *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

## Part 3: Report About the Case

| 10. | Venue | *Check one:* |
|---|---|---|
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☑ No |
|---|---|---|
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor    Tesoro Redlands DE, LLC       Case number (if known) _____
    Name

---

**Name and mailing address of petitioner**

Kobzeff Construction
Name

5062 Vallecito Avenue
Number    Street

Westminster, CA 92683
City       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/21/2025
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Michael Jay Berger
Printed name
Law Offices of Michael Jay Berger
Firm name, if any

9454 Wilshire Blvd., 6th Floor
Number    Street

Beverly Hills       CA   90212
City       State     ZIP Code

Contact phone   310-271-6223   Email _____

Bar number     100291

State

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Coastline Santa Monica Investments, LLC
Name

520 Newport Center Dr #480
Number    Street

Newport Beach       CA     92660
City       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/21/2025
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City       State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

| Debtor | Tesoro Redlands DE, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Vierergruppe Management Inc. | | $ 42,290.35 |
| | Kobzeff Construction | | $ 57,200.00 |
| | Coastline Santa Monica Investments, LLC | | $17,255,316.00 |
| | | Total of petitioners' claims | $ 17,354,806.35 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

| Part 4: | Request for Relief |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner

Vierergruppe Management Inc.
_____
Name

1932 E. Deere Ave Suite 150
_____
Number    Street

Santa Ana, CA 92705
_____
City                State        ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/21/2025
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Michael Jay Berger
_____
Printed name

Law Offices of Michael Jay Berger
_____
Firm name, if any

9454 Wilshire Blvd., 6th Floor
_____
Number    Street

Beverly Hills            CA  90212
_____
City                State        ZIP Code

Contact phone  310-271-6223  Email _____

Bar number    100291

State

✗ _____
Signature of attorney

Date signed
            MM / DD / YYYY

Debtor    Tesoro Redlands DE, LLC
_____
Name                          Case number (if known) _____

---

**Name and mailing address of petitioner**

Kobzeff Construction
_____
Name

5062 Vallecito Avenue
_____
Number   Street

Westminster, CA 92683
_____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/21/2025
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

 

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Coastline Santa Monica Investments, LLC
_____
Name

520 Newport Center Dr #480
_____
Number   Street

Newport Beach     CA     92660
_____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/21/2025
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

 

Michael Jay Berger
_____
Printed name

Law Offices of Michael Jay Berger
_____
Firm name, if any

9 45 4 Wilshire Blvd., 6th Floor
_____
Number   Street

Beverly Hills, CA 90212
_____
City            State      ZIP Code

Contact phone   310 _ _ 271 _ _ 6223   Email _____

Bar number       100291

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

# EXHIBIT 2

RECORDING REQUESTED BY

**MARALAN LAW, P.C.**

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME **Sam Maralan**

STREET ADDRESS **3080 Bristol Street, Suite 630**

CITY, STATE & ZIP CODE **Costa Mesa, CA 92626**

**Electronically
Recorded in Official Records
San Bernardino County**

**Assessor-Recorder-County Clerk**

**DOC# 2025-0199109**

| 08/21/2025 11:46 AM | Titles: 1 | Pages: 7 |
| SAN | | |

| 08/21/2025 | | |
| 11:46 AM | | |
| SAN | Fees | $34.00 |
| | Taxes | $0.00 |
| I4311 | CA SB2 Fee | $75.00 |
| | Total | $109.00 |

**SPACE ABOVE FOR RECORDER'S USE ONLY**

## NOTICE OF PENDENCY OF ACTION [LIS PENDENS]

**Title of Document**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

**Reason for Exemption:**                                                                                              .

Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), <u>or</u>

Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, <u>or</u>

Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____of Official Records. (Cap. $225.00)

Exempt from fee per GC 27388.1, fee cap of $225.00 reached, <u>and/or</u>

Exempt from fee per GC 27388.1, not related to real property

**Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.**

.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

1

**MARALAN LAW, P.C.**
SAM MARALAN, State Bar No. 298866

2    3080 Bristol Street, Suite 630
Costa Mesa, California 92626

3    Telephone: (714) 641-0506
Facsimile: (714) 641-3604

4    sm@maralanlaw.com

5

6    Attorneys for Plaintiffs
MOHAMMAD HONARKAR and 4G WIRELESS, INC.

7

8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

10   MOHAMMAD HONARKAR and 4G          Case No. 30-2023-01323759-CU-OR-CJC
     WIRELESS, INC., individually and on    Related Case No. 30-2023-01322886-CU-

11   behalf of MOM AS INVESTCO, LLC,    OR-CJC
     MOM BS INVESTCO, LLC, and MOM CA   Assigned for All Purposes to:

12   INVESTCO, LLC,                     Hon. Bradley Erdosi
                          Plaintiffs,   Department: C-27

13   v.

14                                      **PLAINTIFFS' NOTICE OF PENDENCY**
     MAHENDER MAKHIJANI; CONTINUUM      **OF ACTION PURSUANT TO CODE OF**

15   ANALYTICS, INC.; MOM AS INVESTOR   **CIVIL PROCEDURE SECTION 405 [LIS**
     GROUP, LLC; MOM BS INVESTOR GROUP, **PENDENS]**

16   LLC; MOM CA INVESTOR GROUP, LLC;

17   MOM CA MANAGER, LLC; MOM BS
     MANAGER, LLC; MOM AS MANAGER,

18   LLC; LAGUNA HW, LLC; LAGUNA HI, LLC;
     SUNSET COVE VILLAS, LLC; RETREAT AT

19   LAGUNA VILLAS, LLC; DUPLEX AT
     SLEEPY HOLLOW, LLC; HOTEL LAGUNA,

20   LLC; and DOES 1-100, inclusive,

21
                          Defendants,

22   and

23
     MOM AS INVESTCO, LLC, a Delaware

24   limited liability company; MOM BS
     INVESTCO, LLC, a Delaware limited

25   liability company; MOM CA INVESTCO,
     LLC, a Delaware limited liability company; and

26   DOES 101-110, inclusive,

27
                     Nominal Defendants.

28

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

---

1       **NOTICE IS HEREBY GIVEN** that an action has been commenced in the Superior Court

2  for the County of Orange, Case No.: 30-2023-01323759-CU-OR-CJC (the "Action"), concerning

3  real property and affecting the possession of and title to real property by Plaintiffs MOHAMMAD

4  HONARKAR and 4G WIRELESS, INC (collectively, "Plaintiffs") and against Defendants

5  MAHENDER MAKHIJANI; CONTINUUM ANALYTICS, INC.; MOM AS INVESTOR

6  GROUP, LLC; MOM BS INVESTOR GROUP, LLC; MOM CA INVESTOR GROUP, LLC;

7  MOM CA MANAGER, LLC; MOM BS MANAGER, LLC; MOM AS MANAGER, LLC;

8  LAGUNA HW, LLC; LAGUNA HI, LLC; SUNSET COVE VILLAS, LLC; RETREAT AT

9  LAGUNA VILLAS, LLC; DUPLEX AT SLEEPY HOLLOW, LLC; HOTEL LAGUNA, LLC

10  (collectively, "Defendants").

11       The real property comprising the subject matter of this Action is certain real property

12  located within the City of Redlands in the County of San Bernardino: 106 W Pennsylvania Ave,

13  Redlands, California 92374; Assessor's Parcel Number 0167-151-24 (the "Property"). The

14  mentioned parcels of the Property are located within the State of California and are legally

15  described as follows:

16       Parcel 3 of Parcel Map No. 9105, in the City of Redlands, County of San Bernardino, State

17       of California, as per Map filed in Book 95, Pages 98 and 99 of Parcel Maps, in the Office

18       of the County Recorder of said County.

19       Subject to:

20       1. Taxes, whether general, special or otherwise, and assessments for the year current period,

21       not yet due and payable.

22       2. Rights of tenants under unrecorded leases as of the date hereof, as tenants only, with no

23       options to purchase or rights of refusal.

24       3. Permitted Exceptions.

25  //

26  //

27  //

28

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92526
(714) 641-0506

- 2 -

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CIV. PROC. § 405 [LIS PENDENS]**

1        The undersigned further gives notice that he is counsel of record for Plaintiffs

2  MOHAMMAD HONARKAR and 4G WIRELESS, INC.

3

4  DATED: August 18, 2025               MARALAN LAW, P.C.

5

6

7                          By: _____

8                             SAM MARALAN
                               Attorney for Plaintiffs

9                             MOHAMMAD HONARKAR and 4G WIRELESS,
                             INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 3 -

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CIV. PROC. § 405 [LIS PENDENS]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I declare that I am over the age of eighteen (18) and not a party to the within action.  My business address is 1971 E. 4th Street, #220, Santa Ana, CA 92705.

On **August 18, 2025**, I served the foregoing documents described as:

**PLAINTIFFS' NOTICE OF PENDENCY OF ACTION PURSUANT TO CIVIL PROCEDURE SECTION 405 [LIS PENDENS]** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

> **BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED** - I deposited such envelope in the mail at Costa Mesa, California.  The envelope was mailed with postage thereon fully prepaid via Certified Mail, Return Receipt Requested, following our ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the United Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 18, 2025**, at Costa Mesa, California.

_____

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 4 -

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CIV. PROC. § 405 [LIS PENDENS]**

1

<u>**SERVICE LIST**</u>

2

3    ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

4    Michael R. Farrell
Scott J. Leipzig

5    Tim C. Hsu
Kent W. Toland

6    865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543

7    Phone: (213) 622-5555
Fax: (213) 620-8816

8    mfarrell@allenmatkins.com

9    sleipzig@allenmatkins.com
thsu@allenmatkins.com

10   ktoland@allenmatkins.com

11

12   COHEN LAW GROUP, APC
Marc Cohen

13   541 South Spring Street, Suite 1208
Los Angeles, California 90013

14   Phone: (213) 223-7707 Fax: (877) 334-3138
E-Mail: marc@clgapc.com

15

16   *Attorneys for Defendants and Potentially Adverse Party*
*MAHENDER MAKHIJANI; CONTINUUM ANALYTICS, INC.; MOM AS INVESTOR GROUP,*

17   *LLC; MOM BS INVESTOR GROUP, LLC; MOM CA INVESTOR GROUP, LLC; MOM CA*
*MANAGER, LLC; MOM BS MANAGER, LLC; MOM AS MANAGER, LLC; LAGUNA HW, LLC;*

18   *LAGUNA HI, LLC; SUNSET COVE VILLAS, LLC; RETREAT AT LAGUNA VILLAS, LLC;*
*DUPLEX AT SLEEPY HOLLOW, LLC; HOTEL LAGUNA, LLC*

19

20   AARON M. MAY
Aaron.May@halpernmay.com

21   JOSEPH J. YBARRA
Joseph.Ybarra@halpernmay.com

22   THOMAS RUBINSKY
Thomas.Rubinsky@halpernmay.com

23   HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330

24   Los Angeles, California 90071-2604
Telephone: (213) 402-1900

25

26   *Co-Counsel for Plaintiffs*

27

28

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CIV. PROC. § 405 [LIS PENDENS]

1    TESORO REDLANDS DE LLC

2    520 Newport Center Drive, Suite 480
     Newport Beach, CA 92660

3
     *Record Owner of Property*
4

5    MOM AS INVESTOR GROUP, LLC
     520 Newport Center Drive, Suite 480
6    Newport Beach, CA 92660

7    *Potentially Adverse Party*

8
     MOM CA INVESTOR GROUP, LLC
9    520 Newport Center Drive, Suite 480
     Newport Beach, CA 92660
10

11   *Potentially Adverse Party*

12   MOM BS INVESTOR GROUP, LLC
     520 Newport Center Drive, Suite 480
13   Newport Beach, CA 92660

14
     *Potentially Adverse Party*
15

16   PREFERRED BANK
     c/o Debbie Kong
17   601 Figueroa St, 48th Floor
     Los Angeles, CA 90017
18

19   *Interested Party*

20   COASTLINE LOANS, LLC
     215 5th Street, Suite A
21   Huntington Beach, CA 92648

22   Registered Agent – COASTLINE LOANS,
23   LLC California Corporate Agents, Inc c/o
     Chris Johnson
24   2108 N St., Ste C
     Sacramento, CA 95816
25

26   *Potentially Adverse Party*

27

28

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 6 -

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CIV. PROC. § 405 [LIS PENDENS]**

# EXHIBIT 3

Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

## DOC# 2025-0222999

RECORDING REQUESTED BY:

SIMPLIFILE

WHEN RECORDED MAIL DOCUMENT AND TAX
STATEMENT TO:

PREFERRED BANK
601 S. Figueroa Street, 47th Floor
Los Angeles, CA 90017

Trustee Sale No. 24-00404-2FNT
Loan No: FRB&C: 050625-0783/Tesoro Redlands DE

| | | |
|---|---|---|
| 09/16/2025 | Titles: 1 | Pages: 3 |
| 10:32 AM | | |
| SAN | Fees | $32.00 |
| | Taxes | $0.00 |
| J9784 | CA SB2 Fee | $75.00 |
| | Total | $107.00 |

# TRUSTEE'S DEED UPON SALE

Attached as Exhibit "A" to this Trustee's Deed Upon Sale is a statement that no affidavit or declaration is required by Civil Code Section 2924m(d).

APN: 0167-151-24-0-000

The undersigned grantor declares under penalty of perjury:

1. The Grantee herein was the foreclosing beneficiary.
2. The amount of the unpaid debt together with costs was        $41,387,902.83
3. The amount paid by the grantee at the trustee sale was        $37,050,580.00
4. The documentary transfer tax is                              $0.00 – R & T 11926
5. Said property is in the City of Redlands, County of San Bernardino.

FIDELITY NATIONAL TITLE COMPANY (herein called Trustee), as the duly appointed Trustee under the DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to **PREFERRED BANK, a California banking corporation** (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of San Bernardino, State of California, described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF REDLANDS, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL 3 OF PARCEL MAP NO. 9105, IN THE CITY OF REDLANDS, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 95, PAGES 98 AND 99 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the powers conferred upon Trustee by that certain DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING recorded on February 28, 2022, as Instrument No. 2022-0077762 of official records in the office of the Recorder of San Bernardino County, CA, executed by TESORO REDLANDS DE, LLC, a Delaware limited liability company, as Trustor (the "Trustor"), and any modifications thereto are collectively referred to herein from time to time as the "Deed of Trust", and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **September 15, 2025**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **$37,050,580.00** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

Dated: September 15, 2025

**FIDELITY NATIONAL TITLE COMPANY, Trustee**

Katy Holdeman, Authorized Signor

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }ss.
County of El Dorado }ss

On September 16, 2025 before me, Jenny Taylor, Notary Public, personally appeared Katy Holdeman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Jenny Taylor # 2432471
My Commission Expires January 22, 2027

JENNY TAYLOR
Notary Public - California
El Dorado County
Commission # 2432471
My Comm. Expires Jan 22, 2027

Exhibit "A"

No affidavit or declaration is required by Civil Code Section 2924m(d), and the lack of an affidavit or declaration shall not prevent the deed from being recorded and shall not invalidate the transfer of title pursuant to the trustee's deed.