Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Preferred Bank

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Tesoro Redlands DE, LLC,<br><br>        Alleged Debtor. | Case No. 8:25-bk-12319-SC<br><br>Chapter 11<br><br>**STATUS REPORT OF PREFERRED BANK**<br><br>Date:    October 15, 2025<br>Time:   1:30 p.m.<br>Crtrm.:  5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701<br><br>Hon. Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Preferred Bank ("Preferred") respectfully submits this Status Report in connection with this Court's Status Conference in this involuntary bankruptcy filing commenced on August 21, 2025.  As the Court is aware, on September 11, 2025, this Court granted Preferred's *Motion for Relief from the Automatic Stay* ("Motion") (Dkt. 6).  Preferred subsequently foreclosed on its real estate collateral on September 15, 2025.

The alleged debtor, Tesoro Redlands DE, LLC ("Debtor"), has not participated in these proceedings and has ignored Preferred's demand for adequate protection and turnover of the rents (Dkt. 2).  This has gone on despite the foreclosure.

In the meantime, Preferred learned that there have been two stay violations and has filed complaints to enforce the automatic stay, briefly described as follows:

- In adversary proceeding number 8:25-ap-01306-SC, Preferred filed an action against Patrick Theodora, the purported buyer of the Debtor's real property who personally attended the hearing on the Motion via Zoom. Mr. Theodora sued the Debtor is state court on September 15, 2025.

- In adversary proceeding number 8:25-ap-01307-SC, Preferred filed an action against Mohammad Honarkar and his company, 4G Wireless, Inc., whose counsel attended the hearing on the Motion and who recorded a notice of pendency of action after the petition had been filed.

Based on the foregoing, Preferred respectfully requests that if the Court dismiss the bankruptcy case, it retain jurisdiction to: (1) enforce the adversary proceedings; (2) issue an order to show cause against the Debtor and its principals for failure to comply with 11 U.S.C. § 363(c)(4) in accounting for the rents, including security deposits; and (3) issue any other appropriate remedy against the Debtor, its principals, the petitioning creditors, and all those acting in concert with them, including counsel, under 11 U.S.C. §§ 105(a) and 303(i).

DATED: October 8, 2025                    FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:  /s/ Michael J. Gomez
       MICHAEL J. GOMEZ
       Attorneys for Preferred Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT OF PREFERRED BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com,autodocket@frandzel.com
- Kristin T Mihelic    kristin.t.mihelic@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 8, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Next Day Delivery of Judge Copy with NEF attached as Last Page:**
Hon. Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593
☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 8, 2025 | Monica Brandenberg | */s/ Monica Brandenberg* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**